**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DIANE JONES
ADC #706096                                                                                                    PLAINTIFF

V.                                              1:06CV00041 JTR

CORY WILLIAMS, Corporal,
McPherson Women's Unit, ADC                                                                    DEFENDANT

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's November 2, 2006 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 12th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE